IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> **1) JUAN MANUEL JIMENEZ-GONZALEZ** <br> 2) NELSON OMAR VAZQUEZ-SANTANA <br> Defendant | CRIMINAL 10-0394CCC |

**O R D E R**

Having considered the Report and Recommendation filed on March 21, 2011 (**docket entry 70**) on a Rule 11 proceeding of co-defendant Juan Manuel Jiménez-González held before U.S. Magistrate Judge Bruce J. McGiverin on March 17, 2011, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Juan Manuel Jiménez-González is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 17, 2011.  The **sentencing hearing is set for June 29, 2011 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 5, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge